Form 12 - Travel
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Efrain Gonzalez Garcia**

Case Number: **2:10CR00454**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **January 31, 2012**

Original Offense: **Conspiracy to Commit Mail Fraud, Money Laundering and Aiding and Abetting.**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 22, 2014**

## SUMMARY

Mr. Garcia has requested permission to travel to Mexico to accompany his wife to see her sick mother. He would be traveling from January 26, 2016, to February 9, 2016, but has not yet secured airfare. Mr. Garcia has been compliant since his release. As such, the undersigned respectfully requests that his travel be approved.

Respectfully submitted,

Jose L. Nilo
2016.01.14 15:50:13
-08'00'

Joe Nilo
United States Probation Officer

Approved:

Nancy M. Boulton
2016.01.14 15:04:18 -08'00'

Nancy M. Boulton
Supervisory United States Probation Officer

**RE: Efrain Gonzalez Garcia**

Form 12 - Travel
D/NV Form
Rev. June 2014

## *THE COURT ORDERS*

X      Requested Travel is Approved

☐      Requested Travel is Denied

☐      Other


_____
Signature of Judicial Officer

January 15, 2016
_____
Date